IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN RAY YAUGER,<br>　　　Plaintiff,<br><br>　　　v.<br><br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF FAYETTE, ET AL.<br>　　　Defendants. | Civil Action No. 09-177 |

ORDER

Petitioner Allan Ray Yauger has appealed the non-dispositive order, dated May 13, 2009, entered by United States Magistrate Judge Cathy Bissoon [document #10]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 25th day of June, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Cathy Bissoon,
　　United States Magistrate Judge

　　All parties of record